**Steven A. Kraemer**, OSB No. 882476
E-mail: skraemer@cisoregon.org
**Leslie A. Edenhofer**, OSB No. 093380
E-mail: ledenhofer@cisoregon.org
**KRAEMER & EDENHOFER**
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939

   Of Attorneys for Defendant B.H. Durrant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**PATRICK BRIAN TOWNSEND**,

   Plaintiff,

v.

**KATHERINE KAY ELLIS, CLIFF ELLIS**
and **B.H. DURANT**,

   Durrant.

No. 6:15-cv-01958-TC

**STIPULATED JUDGMENT OF DISMISSAL AS TO B.H. DURRANT ONLY**

IT IS STIPULATED between the parties that all claims alleged in this case against Defendant B.H. Durrant only be dismissed with prejudice and without costs or attorney fees to either party.

DATED: 8-9-16

DATED: 8-12-16

_____
Claud Ingram, Jr., OSB No. 610410
Of Attorneys for Plaintiff

_____
Steven A. Kraemer, OSB No. 882476
Of Attorneys for Defendant B.H. Durrant

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL AS TO B.H. DURRANT ONLY**

KRAEMER & EDENHOFER
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939

Based upon the parties' stipulation, it is hereby:

ADJUDGED that all claims alleged in this case against Defendant B.H. Durrant only are dismissed with prejudice and without costs or attorney fees to either party.

DATED this __30__ day of __Aug__, 2016.

_____
Honorable Thomas Coffin
United States District Court Magistrate Judge

Page 2 - STIPULATED JUDGMENT OF DISMISSAL AS TO B.H. DURRANT ONLY

KRAEMER & EDENHOFER
Not a Partnership
Employees of CIS (Citycounty Insurance Services)
P.O. Box 1469
Lake Oswego, OR 97035
Telephone: (800) 922-2684
Facsimile: (503) 763-3939